costs. Order signed. See, also, 145 N. Y. Supp. 958.

CLEMENT et al. v. SARATOGA HOLDING CO. et al. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by John B. Clement and another, as executors, against the Saratoga Holding Company and others.

PER CURIAM. Order resettled, by modifying the thirty-eighth finding of fact, by adding thereto the following: "Except it had no knowledge or information that the bonds had ever been transferred or delivered to Mrs. Way, or that she ever had or claimed any interest therein." Finding No. 40 is modified, by adding thereto the words: "Except as appears by Exhibit No. 23."

CLICK, Respondent, v. ABENDROTH & ROOT MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 3, 1914.) Action by William Click against the Abendroth & Root Manufacturing Company.

PER CURIAM. Judgment and order reversed, upon the ground that there was no evidence to establish the negligence of defendant, and judgment directed dismissing the complaint, with costs.

RICH, J., dissents.

CLUTSAM, Respondent, v. CHAPMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by H. Stanley Clutsam against Charles McC. Chapman.

PER CURIAM. Motion denied, without costs. See, also, 80 Misc. Rep. 675, 141 N. Y. Supp. 801.

PUTNAM, J., took no part.

COCHRANE v. CORNWELL et al. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by William Cochrane against Hannah W. Cornwell and others.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion denied, without costs, upon the ground that upon the perfection of the appeal for a new trial the judgment of the justice's court ceases to be of any force, and the respondent's only remedy is to secure a judgment upon the new trial or a dismissal of the appeal, and to rely upon the undertaking given upon the appeal. Miller v. City of Buffalo, 129 App. Div. 833, 113 N. Y. Supp. 1056; Burns v. Howard, 9 Abb. New Cases, 324.

In re COFFIN. (Supreme Court, Appellate Division, First Department. March 27, 1914.) In the matter of Harriet E. Coffin, an incompetent. No opinion. Motion denied, with $10 costs. Order filed. See, also, 159 App. Div. 901, 143 N. Y. Supp. 1110.

COLEMAN, Respondent, v. McCLENAHAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 6, 1914.) Action by Matthew Coleman against James McClenahan. No opinion. Motion granted. See, also, 145 N. Y. Supp. 1118.

COLUMBIA MACHINE & STOPPER CORPORATION v. H. KOEHLER & Co. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by the Columbia Machine & Stopper Corporation against H. Koehler & Co. No opinion. Motion granted, with $10 costs. Order filed. Memorandum per curiam. See, also, 146 N. Y. Supp. 1087.

COLUMBIA MACHINE & STOPPER CORPORATION, Appellant, v. H. KOEHLER & CO., Respondent. (Supreme Court, Appellate Division, First Department. March 27, 1914.) Action by the Columbia Machine & Stopper Corporation against H. Koehler & Co. G. Hahn, of New York City, for appellant. J. A. Goerdeler, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 146 N. Y. Supp. 1087.

CONDON v. EXTON HALL BROKERAGE & VESSEL AGENCY. (Supreme Court, Appellate Division, First Department. February 20, 1914.) Action by John T. Condon against the Exton Hall Brokerage & Vessel Agency. No opinion. Application denied, with $10 costs. Order signed. See, also, 83 Misc. Rep. 130, 144 N. Y. Supp. 760.

CONTINENTAL SECURITIES CO. et al., Appellants, v. MICHIGAN CENT. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 13, 1914.) Action by the Continental Securities Company and another against the Michigan Central Railroad Company and others. No opinion. Motion denied. See, also, 160 App. Div. 127, 145 N. Y. Supp. 725.

COTENIA v. BUFFALO & L. E. TRACTION CO. (Supreme Court, Appellate Division, Fourth Department March 4, 1914.) Action by Olympia Cotenia against the Buffalo & Lake Erie Traction Company. No opinion. Order granting new trial, upon the ground of newly discovered evidence, affirmed, with costs. Appeal from judgment dismissed, without costs.

In re COUNTY CLERK OF QUEENS COUNTY. (Supreme Court, Appellate Division, Second Department. March 13, 1914.) In the matter of the application of the County Clerk of Queens County for an order to destroy certain papers, deposited or filed in his office, which the court may deem to have become useless. No opinion. Motion denied, without prejudice to a renewal thereof upon further papers.